Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> 0577 STORE, 2021819 STORE, 321 STORE, ACEJOKER BACKGROUND STORE, ADORABLE KIDS BOUTIQUE CLOTHES STORE, ALIBABI STORE, ALL NIGHT REVELRY STORE, AMONG US KIDS STORE STORE, AMY CAKEDECOR STORE, BABY BOUTIQUE STORE, BABY JIEJIE KIDS CLOTHES STORE STORE, BABY LIFE 001 STORE, BABY'S TOY STORE, BALLOONS WONDERLAND STORE, BEAUTIFUL RAVE PARTY STORE, BEDDING-SET. STORE, BIRTHDAY CANDYS STORE, BIRTHDAY PARTY BALLOONS STORE, BL BALLOONS, BOXIAO STORE, BRILLIANT CHEERFUL LIFE STORE, BRILLIANT DECORATIVE FAVORS STORE, BRILLIANT FUN PARTY STORE, BRILLIANT PARTY STORE, BRILLIANT TRIP STORE, BUILD WORLD TOY | 21-cv-10323 (NRB) <br><br> [PROPOSED] <br> UNSEALING ORDER |

STORE, BUILDING BLOCKS&KE STORE, CAREHER GIFTS STORE, CHANGJIANG STORE, CHILDREN'S FUNNY STORE, CHILDREN'S SUIT WORLD STORE, CHILDREN'S TSHIRT SUIT STORE, CHINA TOY BOUTIQUE STORE, CLOTHES007 STORE, COCOMELON STORE, COLA STORE, COOLPICKED STORE, COZY PARTY STORE, CXAYBABY STORE, DAFI R STORE, DAYFULOO STORE, DAYOFSUGAR STORE, DD MUREN STORE, ELITESUN STORE, ERIA STORE, FACTORY'S PARTY FRIENDS STORE, FAFA PARTY STORE, FESTIVE PARTY CRAFTS STORE, FOR SEAGIRL STORE, FUNFUN TOY STORE, FUNPARTY STORE, FUNPRT STORE, GFUITRR DESIGN BACKDROP STORE, GOLDCHILD STORE, GRACEY'S PARTY STORE, GREATTIME STORE, GSF LADRING STORE, GSF POP STORE, HAFTSS PARTY SUPPLIES STORE, HANNA HO STORE, HAPPINESS PRINT BACKDROPS STORE, HEI DONG STORE, HELLO BALLOONS, HI PARTY STORE, HUAZHIYOU, I LOVEPARTY STORE, INMEMORY PHOTOGRAPHY FACTORY STORE, INTRIGUING STORE, JIMITU FM STORE, JOYTIMES STORE, JUNE F TOY STORE, JUNGLET PARTY STORE, JY BABY STORE, KIDS COSTUME'S STORE, KIDS WONDERLAND STORE, KINGG STORE, KKHOME STORE, LAUGH PARTY STORE, LEKIDBABY STORE, LEYU TOY STORE, LINGXUN E-COMMERCE FIRM STORE, LINVIERLOVE STORE, LITTLE HORN CHILDREN'S STORE, LQVYI BALLOONS STORE, LQZZY BALLOONS STORE, LUCKLY-KIDS STORE, MEILONGOFFICIAL STORE, MEIYIDAKUAJING STORE, MI 3 STORE, MIRICAL KIDS TOY STORE, MR. XIA STORE, MTRONG TE PARTY SUPPLIER STORE, NANNAN BABY KIDS CLOTHES STORE, NEW LIFE PARTY STORE, NITREEINCHINA STORE, OK CHILDREN'S TOY STORE, OMILUT OFFICIAL STORE, PARTY A+ STORE, PARTY CELEBRATION STORE, PARTY PROPS STORE, PARTY&BIRTHDAY RAVE STORE, PARTYSALE STORE, PEREXCLUSIVEWORK STORE, PHOTURT PROFESSIONAL BACKDROP STORE, PIG OINK STORE, POP PATTERN BACKPACKS STORE, PPP STORE, PRINTED CLOTHES STORE, QIN HAI 3 SHOP STORE, QIYEE BACKDROPS STORE, ROBLOX STORE, SANNY

STORE, SB PARTY SUPPLIES STORE, SENSFUN DROPSHIPPING BACKDROP STORE, SHINY KIDS CLOTHES STORE, SHOP3407008 STORE, SHOP4286061 STORE, SHOP5881904 STORE, SHOP5883889 STORE, SHOP5886464 STORE, SHOP825723 STORE, SHOP911420284 STORE, SMOBABY TOY(DROP SHIPPING) STORE, SONIC CHILDREN'S CLOTHES STORE, SPECIALLY PARTY STORE, SPUERSTAR PARTY STORE, SSSUNNING STORE, STICKERBOMB STORE, SUPERY PARTY STORE, TEOCHEW TERRITORY STORE, THE GIRL CLOTHES STORE, THIRD STORE, THOUSANDS OF INCENSE STORE, TIANMENGFANG STORE, TOY FUNNY WORLD STORE, TOYSUPPLER, TT-WANJU DIAN STORE, TU RUNRUN STORE, UNIBAOBO STORE, URSA MINOR STORE, WALT STORE, WHOLESALEDROPSHIPPING STORE, WINONE-TOYS STORE, WONCOL PROFESSIONAL BACKGROUND STORE, WONDER BEANS BOUTIQUE STORE, YAAAS FACTORY STORE, YAAAS OFFICIAL STORE, YANG PENG FEATURED STORE, YAYB BALLOONS STORE, YAYB PARTY STORE, YIBENLUN BIRTHDAY PARTY STORE, YIHE PARTY STORE, YIWU PARTY STORE, YUANYUAN NO. 2 CHILDREN STORE, Z&YKIDS STORE, ZEALI FACTORY STORE, ZHIHAO COSTUME STORE and ZZH PARTY STORE,

*Defendants*

WHEREAS the sealing in this Action is no longer warranted; it is hereby

ORDERED that the case be unsealed and that the prior filings be uploaded to the Court's Electronic Case Filing system.

SIGNED this __3rd__ day of __January__, 2022.
New York, New York

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE